Karl M. Gibbon, Appellee, v. 3920 Lake Shore Drive Building Corporation et al., Appellants.

Gen. No. 41,315.

opinion filed May 13, 1941. Michael M. Phillips and Gerald Turnbull, for appellants; Poppenhusen, Johnston, Thompson & Raymond, for appellee; Albert E. Jenner, Jr., of counsel. Opinion by PRESIDING JUSTICE FRIEND. "Not to be published in full."